IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDY SAYAREH,

    Plaintiff,

        v.

THE BANK OF NEW YORK MELLON f/k/a/ THE BANK OF NEW YORK, as trustee for the certificate holders of CWMBS 2003-26; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY; MERS; and DOES 1 through 50 inclusive,

    Defendants.
_____/

Case No. 10-cv-01091-JAM-KJN

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

    This matter comes before the Court on Defendants' The Bank of New York Mellon, BAC Home Loans Servicing, LP, ReconTrust Company and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants'") Motion to Dismiss (Doc. 11) Plaintiff Sandy Sayareh's ("Plaintiff's") Complaint (Doc. 1). Defendants seek to dismiss the Complaint pursuant to Federal

1

Rule of Civil Procedure 12(b)(6) for failure to state a claim. Plaintiff did not oppose the Motion to Dismiss.[1]

Plaintiff did not file an opposition or statement of non-opposition to Defendants' Motion. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, Mohamed F. Salem, $250.00, unless he shows good cause for his failure to comply with the Local Rules.

After carefully considering the papers submitted in this matter, Defendants' Motion to Dismiss is hereby granted, with prejudice.

ORDER

For the reasons set forth above, Defendants' Motion to Dismiss is GRANTED, WITH PREJUDICE.

It is further ordered, within ten (10) days of the date of this Order, attorney Mohamed F. Salem must either (1) submit a statement of good cause for his failure to comply with the local

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

2

rules, or (2) pay a sanction in the amount of $250.00 to the Clerk of the Court.

IT IS SO ORDERED.

Dated:  August 3, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE